IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CODY OAKLEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRISTIAN M. SMITH, )<br>)<br>Defendant. )<br>) | Civil Action No. 3:22-cv-126<br>District Judge Stephanie L. Haines<br>Magistrate Judge Keith A. Pesto |

## ORDER

AND NOW, this 31st day of October, 2022, for the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that Plaintiff's Complaint (ECF No. 4) is dismissed without prejudice. Plaintiff is granted leave to file an amended complaint on or before **November 30, 2022**; and,

IT IS FURTHER ORDERED that Magistrate Judge Pesto's Report and Recommendation (ECF No. 7) is adopted as amended by the accompanying Memorandum Opinion.

/s/ Stephanie L. Haines
Stephanie L. Haines
United States District Judge